IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HOMERO GOMEZ,                                    1:07-cv-001063-OWW-DLB-(PC)

        Plaintiff,

        vs.                                          ORDER GRANTING APPLICATION TO
                                                 PROCEED IN FORMA PAUPERIS
CALIFORNIA BOARD OF PRISONS
TERM, ETAL                                       (DOCUMENT #2)

        Defendant(s).
_____/

        Plaintiff is a prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

        Plaintiff has submitted a declaration that makes the showing required by § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

        Pursuant to 28 U.S.C. § 1915(b)(1), enacted April 26, 1996, plaintiff is required to pay the statutory filing fee of $350.00 for this action.[1] Plaintiff has been without funds for six months and is currently without funds. Accordingly, the court will not assess an initial partial filing fee. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments of 20 percent of the preceding month's

---

[1] The statutory filing fee for all civil actions except applications for writs of habeas corpus is $350.00. See 28 U.S.C. § 1914(a).

-1-

1  income credited to plaintiff's prison trust account. These payments shall be collected and forwarded
2  by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds
3  $10.00, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).
4      In accordance with the above, IT IS HEREBY ORDERED that:
5          1. Plaintiff's request for leave to proceed in forma pauperis is granted.
6          2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. The fee
7  shall be collected and paid in accordance with this court's order to the Director of the California
8  Department of Corrections filed concurrently herewith.
9      IT IS SO ORDERED.
10     Dated:   July 26, 2007            /s/ Dennis L. Beck
                                     UNITED STATES MAGISTRATE JUDGE