# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMERO GOMEZ,<br><br>           Plaintiff,<br><br>    v.<br><br>THE CALIFORNIA BOARD OF PRISON TERMS, et al.,<br><br>           Defendants.<br>_____/ | CASE NO. 1:07-cv-01063-OWW-DLB PC<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR REFUND OF FILING FEE<br><br>(Doc. 7) |

      Plaintiff Homero Gomez ("plaintiff") is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

      Plaintiff filed the complaint in this action on July 25, 2007.  By orders issued July 27, 2007, the court granted plaintiff's application to proceed in forma pauperis and directed the California Department of Corrections to withdraw the filing fee from plaintiff's prison trust account.  On May 1, 2008, the magistrate judge issued a Finding and Recommendation, recommending that the action be dismissed for plaintiff's failure to state a claim upon which relief may be granted.  (Doc. 6).

      Now pending before the court is plaintiff's request, filed May 27, 2008, that the court refund to plaintiff the filing fee.  (Doc. 7).  Plaintiff states that had his complaint been "screened out" by the court sooner, plaintiff would not have been required to pay the filing fee.

      Plaintiff is advised the filing fee is just that - a fee imposed when an action is filed.  Every litigant who files an action must pay a fee at the time the action is filed.  The filing fee in this action

1 is $350.00. Pursuant to statute, inmates who cannot pay the entire fee at the time of filing may
2 request to proceed in forma pauperis, as plaintiff did. See 28 U. S. C. § 1915(b). An inmate
3 proceeding in forma pauperis is still responsible for paying the entire filing fee of $350.00. The in
4 forma pauperis provision merely allows for the collection of the fee over a period of time. This
5 enables inmates otherwise unable to pay the fee to file their actions and make payments over time.
6 The fact that the magistrate judge issued a Finding and Recommendation that the action be dismissed
7 for failure to state a claim upon which relief may be granted does not alleviate plaintiff from payment
8 of the filing fee. Once the action is filed and the plaintiff is granted in forma pauperis status, the fee
9 must be paid.

10   Accordingly, plaintiff's request that the court refund the filing fee already paid is DENIED.
11   IT IS SO ORDERED.
12   **Dated:   June 30, 2008**              **/s/ Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE