# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMERO GOMEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE CALIFORNIA BOARD OF PRISON TERMS, et al.,<br><br>　　　　　Defendants.<br>_____ / | CASE NO. 1:07-cv-01063-OWW-DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED |

Plaintiff Homero Gomez, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On May 1, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on the plaintiff and which contained notice to the plaintiff that any objections to the Findings and Recommendations were to be filed within thirty days. On May 27, 2008, plaintiff filed a response.[1]

///
///
///

---

[1] Plaintiff's response, wherein he requests a refund of the filing fee, is resolved by order issued separately.

1 In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 1, 2008, is adopted in full; and
2. This action is dismissed for plaintiff's failure to state a claim upon which relief may be granted

IT IS SO ORDERED.

**Dated:   July 7, 2008**                                   /s/ Oliver W. Wanger
                                                             UNITED STATES DISTRICT JUDGE